CHAUNCEY GREENMAN

*vs.*

JOHN T. SMITH.

In a complaint for assault and battery, it is sufficient if facts are stated showing an actual infliction of violence on the person, although it is not alleged, in so many words, that the acts complained of were committed with force, or with force and arms.

Damages being *claimed* in this case in the sum of $1,000, the action was not within the jurisdiction of a justice of the peace, and plaintiff was therefore entitled to his costs and disbursements, although he recovered only fifty dollars as damages.

Appeal from a judgment of the district court for Cottonwood, Murray and Pipestone counties. The complaint alleges that on the 18th August, 1873, at, &c., the defendant violently and maliciously * * * assaulted and beat the plaintiff about the face, head and neck, with his hands and fists, and also with a weapon, then and there in his hands, consisting of a stone or some heavy substance, to plaintiff unknown, concealed in a piece of cloth; and thereby the plaintiff was greatly wounded and bruised, and made ill and lame, and thereby was unable to attend to his necessary business and affairs for ten days thereafter, and was greatly injured in his feelings, to the plaintiff's damage in the sum of one thousand dollars, for which sum judgment is demanded. A trial by jury resulted in a verdict for the plaintiff, for fifty dollars. Judgment was entered for this sum, and for costs and disbursements.

EMORY CLARK, for Appellant.

A. D. PERKINS, for Respondent.

Webb v. Kennedy.

*By the Court.*—BERRY, J.—In a complaint for assault and battery, it is not necessary, as defendant appears to contend, to allege, in so many words, that the acts complained of were committed " with force," or " with force and arms."

If facts are stated, showing " an actual infliction of violence on the person," this is sufficient; for such facts constitute a battery, which includes an assault.   2 *Greenl. Ev.* § 84.

Defendant's remaining objection to the complaint is equally untenable.   The allegation immediately following the statement of the acts of violence complained of, that " thereby said plaintiff was greatly wounded and bruised," &c., is a sufficient averment that plaintiff's injuries were caused by the acts of defendant.

Damages being *claimed* in this case in the sum one thousand dollars, this was not an action within the jurisdiction of a justice of the peace.   *Gen. Stat. chap.* 65, § 5, *subdiv.* 2.   The plaintiff was therefore entitled to his costs and disbursements, notwithstanding he recovered only fifty dollars as damages. *Gen. Stat. chap.* 67, § 2; *Laws* 1868, *chap.* 89; *Turner vs. Holleran,* 8 *Minn,* 451.

Judgment affirmed.